THE SANTA CLARITA FIRM
Michael T. Harrison
Mharrison30@aol.com
25876 The Old Road, #304
Stevenson Ranch, CA 91381
Telephone: 661-257-2854
Facsimile: 661-257-3068

Attorney for Plaintiff
MARIA SANTOS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SANTOS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>POTTERY BARN,<br><br>Defendant. | CASE NO. 2:14-CV-08806-SVW-JPR<br><br>Assigned for all purposes to Stephen V. Wilson<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Maria Santos and Defendant Williams-Sonoma, Inc. d/b/a Pottery Barn, hereby stipulate that the above-captioned action shall be, and hereby is, voluntarily dismissed with prejudice. Each party shall bear their own attorneys' fees and costs incurred herein.

Dated: January /6, 2015.

THE SANTA CLARITA FIRM

By: _____
   Michael T. Harrison

Attorneys for Plaintiff
MARIA SANTOS

Dated: January /7, 2015.

JONES DAY

By: _____
   Mark E. Earnest

Attorneys for Defendant
WILLIAMS-SONOMA, INC. D/B/A
POTTERY BARN